File No. N189776053.1-I225792-ng

| | |
|---|---|
| LAW OFFICES OF KENNETH S. O'NEILL<br>JENNIFER A. SANTIAGO, ESQ.<br>Identification No. 310557<br>3 Parkway - Suite 1210<br>1601 Cherry Street<br>Philadelphia, PA 19102<br>Telephone:   (215) 557-5635 | ATTORNEY FOR DEFENDANT<br>Encompass Indemnity Company |

| | |
|---|---|
| John Lang<br><br>    Plaintiff<br><br>v.<br><br>Encompass Indemnity Company<br><br>    Defendants | COURT OF COMMON PLEAS<br>OF PHILADELPHIA COUNTY<br><br>NO. 2:21-cv-01805-MMB |

## DEFENDANT'S SETTLEMENT MEMORANDUM

A. Date and Time of Settlement Conference:

   November 39, 2022 at 1:30pm

B. Name of Counsel:

   Jennifer A. Santiago

C. Statement of Facts:

   On or about June 10, 2018, Plaintiff was rear-ended while driving on Route 29 in New Jersey. At the time of the accident, Plaintiff was covered by a policy written by Encompass Indemnity Company for a total coverage of up to $75,000 as the Plaintiff had coverage of $15,000/$30,000 stacked by five vehicles.

D. Theory of liability or defense and whether injuries are connected to occurrence, if applicable:

   This is an assessment of damages. Defendant receives a credit of $100,000 as that was the amount of the tortfeasor's policy amount.

E.     Damages/Treatment:

    See Plaintiff's memorandum.

F.     Fact and Expert Witnesses:

    Plaintiff, John Lang

    Dr. Stuart Trager, defense medical expert

G.     Current Demand:

    See Plaintiff's memorandum.

H.     Current Offer:

    $10,000

I.     Estimated Trial time:

    2-3 days

J.     Insurance Company:

    Encompass

K.     Liability Limits:

    $15,000 x 5 for a total of $75,000

L.     Exhibits:

    1. All pleadings associated with docket 2:21-cv-01805-MMB

    2. Medical records and reports of John Lang;

    3. All deposition testimony transcripts;

    4. Independent Medical Examination report of Dr. Stuart Trager

5. Any exhibits listed in the Settlement Conference Memorandum of Plaintiff.

                                                                                               _____
JENNIFER A. SANTIAGO, ESQ.
Attorney ID No. 310557

# Stuart L. Trager, MD

Board Certified Orthopaedic Surgeon
Garfield Duncan Building
301 South 8th Street, Suite 2-C
Philadelphia, PA  19106
Telephone:  215-829-7444          Fax: 215-829-7674

---

November 4, 2021

MES Solutions
230 South Broad Street
Suite 501
Philadelphia, PA 19102

Attention:  Ms. Lillian Rodriguez

RE:   Mr. John Lang
      File #21621006746
      Claim #ENZ8300047.1
      Date of Incident:  June 10, 2018

Dear Ms. Rodriguez:

At your request, Mr. John Lang was seen for an independent medical evaluation on November 1, 2021, regarding the motor vehicle accident of June 10, 2018.

Prior to evaluation, it was explained to Mr. Lang that this appointment was for purposes of evaluation only - not for care, treatment or consultation - and therefore, no doctor-patient relationship would result.  He has also been advised that I am an independent doctor and have been requested to conduct this evaluation by the individual noted above.

## CHIEF COMPLAINT

Mr. Lang described low back pain and mid low back pain which was present in the middle of his low back.  He reports he occasionally takes Tylenol a couple of times a week.  He denies any numbness or tingling.  He denies any bowel or bladder symptoms.

## HISTORY OF AUTO ACCIDENT

Mr. Lang reports being a 57-year-old male who was struck from behind in June 2018.  He reports he was a restrained driver that was moving when the accident occurred.  He went to his family doctor.  The day after the accident, he was having low back complaints.

He was seen and evaluated at the Plumsteadville Family Practice and was referred for chiropractic care.  He had x-rays done.  He reports he went for about 12 months, and had an MRI done.  At that time, he was also having some neck symptoms and he was sent to a doctor in Doylestown for injections.  He had one session and then had more chiropractic care.  One-and-a-half years ago, he had an ablation performed at Philadelphia Smart Pain, then returned

Page 2

Re:  Mr. John Lang
File#:  21621006746

for a second ablation six months ago.  He reports they helped for first four or five months or less.  He reports that it decreases his low back aching.  He reports he has had one MRI by his account.

PRESENT TREATMENT

Mr. Lang reports currently obtaining chiropractic once a week.  He continues to go to chiropractic.  He did not treat previously with a chiropractor.  However, he has been going on and off since about 2018.

WORK HISTORY

Mr. Lang reports being a self-employed driver.  He missed a few days for appointments only.

GENERAL MEDICAL HISTORY

Current Medications:  None.

Past Medical History:  Mr. Lang denies heart, lung, liver or kidney disease.  He does treat for psoriasis, however.  He denies prior neck or back symptoms.

Past Trauma History:  Mr. Lang denies prior automobile accidents.

REVIEW OF RECORDS

Diagnostic studies:

- X-ray of the lumbar spine AP, lateral and oblique described "mild multilevel degenerative disc disease of the lumbar spine."  This study is dated July 10, 2018.

- MRI of the lumbar spine dated August 28, 2018, reports about two months of back and right leg pain following a motor vehicle accident.  Impression is of multilevel moderate advanced disc degeneration, peridiscal reactive endplate change and facet arthrosis, congenitally narrow canal and foramina, and small right L3-4 lateral recess disc herniation secondary to right L4 nerve root compression.

- Orbital x-rays are within normal limits.

Treatment records from Plumsteadville Family Practice from April 25, 2018 through September 13, 2018.

- On April 25, 2018, reason for appointment is rash, history of psoriasis and exposure to shingles over the weekend.

Page 3

Re:  Mr. John Lang
File#:  21621006746

- A note dated July 9, 2018, for evaluation of acute bilateral low back pain without sciatica following a motor vehicle accident. It states a 54-year-old male presents following MVA that occurred about two weeks ago. He reports that his vehicle was hit from behind going about 55 miles an hour. He did not seek medical attention at that time, but he reports he is getting back pain especially in the morning. He reports that once he gets going in the morning, he does feel okay. No weakness in the legs. No numbness or tingling in the legs described. Tenderness to palpation over the bilateral lumbar spine is noted. Positive straight leg raise is noted. MR imaging is ordered. Prednisone is prescribed.

- Appointment on September 13, 2018 to review disc results with evidence of disc herniation at L3-4 and plans were made for a back injection.

Bloom Chiropractics, July 30, 2018 through August 1, 2018, describing initial presentation with lower back pain.

Records of Bucks County Orthopedics dated September 26, 2018 and October 10, 2018.

- September 26, 2018, describing reason for appointment of low back pain. Reviewed MRI. Under assessment, it states he has degenerative disc disease with lumbar herniated nucleus pulposus and lumbar spondylosis. Bilateral facet joint injections were carried at L4-5 and L5-S1 under fluoroscopic guidance.

- A note dated October 10, 2018, describing similar assessments of DDD, herniated nucleus pulposus and lumbar spondylosis. Intra-articular facet injections were again carried out.

Philadelphia Smart Pain & Wellness, February 26, 2020 and June 16, 2021.

- February 26, 2020, describing axial low back pain, rated 5-8/10. Previous epidural steroid injection was described. Under assessment, it states the lumbar MRI reveals facet arthropathy at L4-5 and L5-S1 concordant with his pain. Suspected facet-mediated pain and will perform medial branch blocks to diagnose the pain generator. If positive, will perform RFA. Procedure notes, facet joint injection. He also describes lumbar spondylosis with facet-mediated pain. An injection of bupivacaine and lidocaine is apparently performed as well as an ablation procedure. Note is signed by Samuel Grodofsky, M.D.

- Postoperative follow-up dated June 16, 2021, "the patient presents today for follow-up visit and reports the pain is worse. The pain is in the same area as previously described. He had six to eight months of significant relief in his back pain after the radiofrequency ablation."

Police report dated June 10, 2018.

Page 4

Re:  Mr. John Lang
File#:  21621006746

PHYSICAL EXAMINATION

On physical examination at this time, Mr. Lang is seen in no acute distress.  He sits and stands without assistance.  He ambulates with a non-antalgic gait.  He appears his stated height of 5 feet 7 inches and weighed 200 pounds.

Cervical spine demonstrates 50 degrees of extension, chin to chest flexion.  He can extend the thoracolumbar and lumbosacral spine to 40 degrees, forward flex within 14 inches bringing the fingertips to the floor.  Heel and toe standing is intact.  Patellar and Achilles reflexes are 2/2.  Sitting as well as supine straight leg raise is negative.  Hips flex 0 to 90 degrees bilaterally.  Knees flex 0 to 120 degrees.  There is no midline tenderness noted.  There is no paraspinal tenderness noted.  There is no spasm noted either in the paraspinal or thoracolumbar region.

I have not examined Mr. Lang's right shoulder due to a recent traumatic fall and described pain.  There is some pain with getting up from the sitting position.  There is no pain with twisting or whole body rotation noted on examination today.

COMMENTS AND CONCLUSION

Mr. Lang is a 57-year-old male who was involved in a motor vehicle accident on June 10, 2018 and subsequently had imaging completed with evidence of pre-existing multilevel degenerative changes in the lumbosacral spine.

At this time, there are no radicular symptoms noted either on physical examination or throughout the provided medical records to justify the need for epidural steroid injections, nor is there any evidence of radicular complaints that would correlate with the disc herniation reported in the imaging studies.

Mr. Lang has been treated for multilevel facet arthritis with several injections as well as ablation procedures and I do not believe that it is possible to conclude with any degree of medical certainty that this treatment would be considered related to the motor vehicle accident rather than his underlying degenerative process.

On examination, there are no current objective findings to support Mr. Lang's current subjective complaints.  Strength, sensibility and reflexes are intact and symmetric.  While he may have some facet joint arthropathy that may benefit from the injections and ablation procedures, I do not believe in light of the presence of mild multilevel degenerative disc disease in the lumbar spine noted at the time of the initial radiographs that it is possible to conclude that his degenerative condition is related to the accident of June 10, 2018, nor would ongoing treatment be related this motor vehicle accident.

Page 5

Re: Mr. John Lang
File#: 21621006746

Ongoing chiropractic treatment would not be medically necessary. Additional injections would not be accident related but related to his degenerative condition. There are no accident related restrictions.

The above opinions are stated within a reasonable degree of medical certainty.

Thank you for allowing me to evaluate Mr. John Lang. If you have further questions, please do not hesitate to contact me.

Sincerely,

Stuart L. Trager, M.D.
Orthopaedic Surgery

Dictated, reviewed and opinion verified.

SLT:ANS/vrk